IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01131-MSK-BNB

UNITED STATES FOR THE USE OF AMI MECHANICAL, INC., a Colorado corporation,

Plaintiff,

v.

ST. ANDREWS/ALLIANCE, a Colorado joint venture, consisting of St. ANDREWS
CONSTRUCTION SERVICES CORP. and TEPA, LLC, a California limited liability company,
and
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut
corporation,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **December 8, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 17, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge